

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2021

No. 04-20-00141-CV

Christopher **MANGO**, Kevin Warren Shannon, Marie Lopes, and All Occupants,
Appellants

v.

Jan **JARZABEK**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2020CV00731
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On July 12, 2021, we issued a show cause order stating that the appellants' brief was late. Appellants, proceeding pro se, timely responded to our order with a motion requesting that the appeal be retained on this court's docket. We GRANT the motion. Appellants are instructed to file an appellants' brief that complies with the requirements of Texas Rule of Appellate Procedure 38.1 **within thirty (30) days** from the date of this order. A copy of Rule 38.1 is attached to this order.

Pro se pleadings and briefs are to be liberally construed, but a pro se litigant is still required to comply with the law and rules of procedure. *Shull v. United Parcel Serv.*, 4 S.W.3d 46, 52-53 (Tex. App.—San Antonio 1999, pet. denied). Substantial compliance with Rule 38 is sufficient. TEX. R. APP. P. 38.9. However, if a brief flagrantly violates Rule 38.1, this court may require the brief to be amended, supplemented, or redrawn. TEX. R. APP. P. 38.9(a). If another noncomplying brief is filed, the court may strike the brief, prohibit the party from filing another, and proceed as if the party had failed to file a brief. *Id.* If an appellant fails to timely file a brief, the appellate court may dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2021.



_____

MICHAEL A. CRUZ, Clerk of Court